## Williamsport Redevelopment Authority Appeal.

Argued January 14, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Richard H. Roesgen,* with him *McNerney, Page, Vanderlin & Hall,* for appellant.

*Clyde E. Williamson,* with him *Williamson & Cupp,* for appellee.

OPINION PER CURIAM, April 23, 1969:

Judgment affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.